UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH THOMAS BARTUCCI, JR.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 04-2977** |
| **MICHAEL J. JACKSON** | * | **SECTION "L"(5)** |

## JUDGMENT ON ATTORNEY'S FEES

Considering the Court's Order dated August 17, 2005,

IT IS ORDERED, ADJUDGED, AND DECREED that the Defendant, Michael J. Jackson, shall pay the sum of $5,000.00 to Plaintiffs' counsel, Louis J. Koerner, 1204 Jackson Avenue, New Orleans, Louisiana 70130-5130, for reasonable attorney's fees and expenses incurred due to Mr. Jackson's failure to appear on July 20. Legal interest shall begin to accrue upon the $5,000 thirty (30) days after the date of this Judgment.

New Orleans, Louisiana, this <u>17th</u> day of August 2005.

_____
UNITED STATES DISTRICT JUDGE